# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. 4:15CR54 |
| § | |
| WADE CARSON § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of 6 months with 5 years supervised release to follow. Further, within 72 hours of release from BOP custody, Defendant shall report to the probation office in the district to which Defendant is released and the following additional supervised release conditions are imposed: (1) sex offender treatment; (2) psychiatric, psychological, and/or mental health treatment; (3) testing and treatment for drug abuse; (4) financial disclosure; (5) sex offender registration; (6) prohibition from the use of alcohol and any other intoxicants; (7) alcohol use testing; (8) no contact of any kind with children under the age of 18 unless supervised by an adult approved by the probation officer; (9) prohibition from the purchase, possession, contact with, or use of devices to include cellular

telephones with photographic capability, cellular telephones with internet capability, computers, computer peripherals, laptop computers, iPods, Personal Digital Assistants, portable data storage devices such as thumb drives and Flash memory, or any other type of portable electronic device capable of communicating data via modem, wireless, or dedicated connection; (10) prohibition from the purchase, possession, or use of digital cameras, digital recorders, or any other type of recording and/or photographic equipment; (11) prohibition from possessing or viewing any images in any form of media or in any live venue that depicts sexually explicit conduct as defined by 18 U.S.C. § 2256(2)(A) (not limited to the sexual exploitation of children); and (12) if reasonable suspicion of unlawful conduct or a violation of supervised release exists, law enforcement or the probation officer may search Defendant's person, property, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant.

The court further **RECOMMENDS** that the place of confinement be Texarkana or Seagoville.

**IT IS SO ORDERED.**

SIGNED at Plano, Texas, this 26th day of August, 2016.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE